UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| HENRY ZOCH II, Individually and on behalf of THE ESTATE OF HENRY ZOCH III, Deceased | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:16-CV-00057 |
| DAIMLER, A.G., a foreign corporation organized under the laws of Germany; MERCEDES BENZ USA, LLC, a New Jersey limited liability company, SMART USA DISTRIBUTOR, LLC, a Delaware limited liability company; PAG DISTRIBUTOR S1, LLC, a Delaware limited liability company; MAGNA INTERNATIONAL, INC., a foreign corporation organized under the laws of Canada; MAGNA INTERNATIONAL OF AMERICA, INC., a Michigan corporation; and MAGNA SEATING (GERMANY) GmbH f/k/a INTIER AUTOMOTIVE SEATING SYSTEMS, GmbH, a foreign corporation organized under the laws of Germany. | § § § § § § § § § § § § § § § § § § § | JURY DEMAND |
| Defendants. | § | |

**DEFENDANT MAGNA INTERNATIONAL OF AMERICA, INC.'s
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and subject to its objection to jurisdiction, Defendant Magna International of America, Inc., declares that it is an indirect wholly owned subsidiary of Magna International Inc., which is a publicly traded corporation.

1

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos Avenue, Suite 1500
Austin, Texas  78701
(512) 708-8200
(512) 708-8777

By:___ /s/ John W. Chambless II_____
      John W. Chambless II (Attorney-in-Charge)
      Texas State Bar No. 00796334
      E-mail:  jchambless@thompsoncoe.com

      Israel Flores, Jr.
      Texas State Bar No. 24074209
      THOMPSON COE COUSINS & IRONS, LLP
      700 North Pearl Street, 25th Floor
      Dallas, TX  75201
      E-mail: iflores@thompsoncoe.com
      (214) 871-8200 Phone
      (214) 871-8209 Facsimile

**ATTORNEYS FOR DEFENDANT**
**MAGNA INTERNATIONAL INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April, 2016, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ John W. Chambless II
John W. Chambless II

Jeffrey T. Embry
George Cowden IC
Hossley & Embry, LLP
320 S. Broadway, Ste. 100
Tyler, Texas  75702
jeff@hossleyembry.com
george@hossleyembry.com

3