**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **HENRY ZOCH II, Individually and on behalf of THE ESTATE OF HENRY ZOCH III, Deceased** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO. 6:16-CV-00057** |
| **DAIMLER, A.G., a foreign corporation organized under the laws of Germany; MERCEDES BENZ USA, LLC, a New Jersey limited liability company, SMART USA DISTRIBUTOR, LLC, a Delaware limited liability company; PAG DISTRIBUTOR S1, LLC, a Delaware limited liability company; MAGNA INTERNATIONAL, INC., a foreign corporation organized under the laws of Canada; MAGNA INTERNATIONAL OF AMERICA, INC., a Michigan corporation; and MAGNA SEATING (GERMANY) GmbH f/k/a INTIER AUTOMOTIVE SEATING SYSTEMS, GmbH, a foreign corporation organized under the laws of Germany.** | § | **JURY DEMAND** |
| **Defendants.** | § | |

**DEFENDANT MAGNA INTERNATIONAL INC.'s
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Magna International Inc., declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its stock.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.
701 Brazos Avenue, Suite 1500
Austin, Texas 78701
(512) 708-8200
(512) 708-8777

By: /s/ John W. Chambless II
John W. Chambless II (Attorney-in-Charge)
Texas State Bar No. 00796334
E-mail: jchambless@thompsoncoe.com

Israel Flores, Jr.
Texas State Bar No. 24074209
THOMPSON COE COUSINS & IRONS, LLP
700 North Pearl Street, 25th Floor
Dallas, TX 75201
E-mail: iflores@thompsoncoe.com
(214) 871-8200 Phone
(214) 871-8209 Facsimile

**ATTORNEYS FOR DEFENDANT
MAGNA INTERNATIONAL INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record on this the 6th day of April, 2016.

/s/ John W. Chambless II
John W. Chambless II

Jeffrey T. Embry
George Cowden IC
Hossley & Embry, LLP
320 S. Broadway, Ste. 100
Tyler, Texas 75702
jeff@hossleyembry.com
george@hossleyembry.com